

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Rodney Farrier
**Plaintiff(s)/Petitioner(s)**

vs.                                               CIVIL ACTION NO. 17-0104-CG-M
                                                  (To be supplied by Clerk of Court)

Jefferson Dunn, et al.,
**Defendant(s)/Respondent(s)**

### MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Rodney Farrier, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I.   **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** This is 42 U.S.C. § 1983 civil action alleging a violation of Constitutional Rights

II.  **RESIDENCE:**
     Your address:  Holman Unit 3700
                    (Street)
     Atmore         AL.            36503
     (City)         (State)        (Zip Code)

III. **MARITAL STATUS:**
     1. Single  X    Married _____  Separated _____  Divorced _____
     2. If married, spouse's full name: _____

IV.  **DEPENDENTS:**
     1. Number: 0
     2. Relationship to dependent(s): _____
     3. How much money do you contribute toward your dependents' support on a monthly basis? $ _____

United States District Court                                        Rev. 8/1/2015

V.  **EMPLOYMENT:**
   1. Name of employer: _____ N/A _____
      a. Address of employer: _____ N/A _____
         (Street)
         _____
         (City)          (State)         (Zip Code)
      b. How long have you been employed by present employer?
         Years: _____         Months _____
      c. Income: Monthly $___0___ or Weekly $___0___
      d. What is your job title? _____ N/A _____

   2. If unemployed, date of last employment: _____
      Amount of salary and wages received per month in last employment: $ _____

   3. Is spouse employed? _____ If so, name of employer: _____
      _____
      a. Income: Monthly $___0___ or Weekly $___0___
      b. What is spouse's job title? _____ N/A _____

   4. Are you and/or your spouse receiving welfare aid? ___ N/A ___
      If so, amount: Monthly $___0___ or Weekly $___0___

VI. **FINANCIAL STATUS:**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - -  $ _____
      e. Total amount owed - - - - - - - - - - - - - - - - - - - - - -  $ _____
         Owed to: _____                                             $ _____
         _____                              $ _____

      f. Annual income from property - - - - - - - - - - - - - - - -  $ _____

   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.                                    Asset (1)           Asset (2)
         Make & Model:              _____          _____
         In whose name registered?  ____ N/A  ____      ____ N/A ____
         Present Value of Asset:    _____          _____
         Amount owed:               _____          _____
         Owed to:                   _____          _____
      b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _See below certificate_
      c. List monies received by you during the last twelve (12) months, or held for you

2

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

    Business, profession or other forms of self-employment - $ _____
    Rent payments, interest or dividends -------------- $ _____
    Pensions, annuities or life insurance payments ------- $ _____
    Gifts or inheritances ------------------------- $ _____
    Stocks, bonds or notes ----------------------- $ _____
    Tax refunds, Veteran benefits or social security benefits $ _____
    Any other sources --------------------------- $ _____

3. Obligations:
   a. Monthly rental on house or apartment ----------- $ _____
   b. Monthly mortgage payments on house ------------ $ _____

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

_____

_____

_____

Other (Explain): ___Incarcerated & Unemployed___

_____

_____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

       I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

3-15-17
DATE

_[signature: Rodney Jamie]_
SIGNATURE OF PLAINTIFF/PETITIONER

Holman Unit 3700
ADDRESS
Atmore, Al. 36503

4

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed *in forma pauperis* or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee $350.00 if your IFP application is granted, or $400.00 if your IFP application is denied for a civil action, $5.00 for a habeas corpus petition, or $505.00 for an appeal.

_3-15-17_  
DATE

_[signature]_  
SIGNATURE OF PLAINTIFF/PETITIONER

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0.29_ on account to his/her credit at _Holman C.F._ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _0.53_ . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _87.50_ . (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_3/15/17_  
DATE

_[signature]_  
SIGNATURE OF AUTHORIZED OFFICER

5

## Alabama Department of Corrections
## Average Inmate Deposit Balances for FARRIER, RODNEY ADRIAN AIS# 00176858

|            | Average Balance | Gross Deposits |
|------------|-----------------|----------------|
| 02/28/2017 | $14.54          | $345.00        |
| 01/31/2017 | $0.06           | $0.00          |
| 12/31/2016 | $6.76           | $100.00        |
| 11/30/2016 | $9.63           | $50.00         |
| 10/31/2016 | $6.34           | $30.00         |
| 09/30/2016 | $0.53           | $0.00          |
| 08/31/2016 | $2.61           | $40.00         |
| 07/31/2016 | $0.00           | $0.00          |
| 06/30/2016 | $0.00           | $0.00          |
| 05/31/2016 | $0.00           | $0.00          |
| 04/30/2016 | $0.00           | $0.00          |
| 03/31/2016 | $0.00           | $0.00          |
|            | $3.37           | $565.00        |

I cerfity that this is a true and correct copy of Adrian Farrier average balances and gross deposits.

Teakeishia Sewell

Rodney Farmer #106858
Holman 3700 #B-40
Atmore AL, 36503

MOBILE
AL 366
13 APR '17
PM 1 L

02 1P  $ 000.67⁰
0000887520  APR 13 2017
MAILED FROM ZIP CODE 36502
PITNEY BOWES

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the ADOC is not responsible for the substance or content of the enclosed communication.

Office of The Clerk
U.S. District Court
Southern District of Alabama
113 St. Joseph St.
Mobile, Al.
36602

36602-368399